UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MELODY K. MOUSAVI, ET AL.,

Plaintiffs,

v.

AMERICAN HOME PRODUCTS CORPORATION, ET AL.,

Defendants.

Case No. 00-811 DWF/AJB

NOTICE OF CANCELLATION

---

The Court having been advised that this case will be transferred pursuant to a multidistrict litigation transfer order, you are hereby given notice that the pretrial conference scheduled to be held on June 29, 2000, at 2:00 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 6/2/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed JUN 0 2 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________